**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Damon BRIGHTMAN, Defendant—
Appellant.**

No. 08–7676.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 24, 2009.

Damon Brightman, Appellant Pro Se. Eric John Klumb, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damon Brightman appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for a reduction of sentence pursuant to Amendment 706 of the U.S. Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brightman*, No. 2:03–cr–00627–SB–2 (D.S.C. Aug. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*